UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-18717-RAM
CHAPTER 13

RONALD JEAN G. LOUIS
    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

MICHAEL A. FRANK, as counsel for the Debtor, RONALD JEAN LOUIS, moves this Honorable Court for an Order granting his Motion to Withdraw as Counsel for the Debtor, and states:

1. Irreconcilable differences have arisen between the undersigned and the Debtor, RONALD J. LOUIS.

2. The Debtor is not heeding advice of counsel and does not return undersigned's calls.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion was sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com and those set forth in the NEF, this 20th day of November 2018, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to Ronald Louis, Debtor, 720 Northeast 163 Street, Miami, FL 33162 and to all creditors.

                LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
                    & RODOLFO H. DE LA GUARDIA, JR.
                Attorneys for the Debtors
                Suite 620 • Union Planters Bank Building
                10 Northwest LeJeune Road #620
                Miami, FL  33126
                Telephone      (305) 443-4217
                Email- Pleadings@bkclawmiami.com


By  /s/ Michael A. Frank
      Michael A. Frank
      Florida Bar No. 339075